UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-1899

CHAMPION PRO CONSULTING GROUP, INC.,
and CARL E. CAREY, JR. Ph.D.,

                                              Plaintiffs-Appellants,

v.

IMPACT SPORTS FOOTBALL, LLC;
MITCHELL FRANKEL, TONY FLEMING,
and MARVIN AUSTIN,

                                              Defendants-Appellees.

## **SATISFACTION OF JUDGMENT**

     Satisfaction is acknowledged by Defendants-Appellees Impact Sports Football, LLC, Mitchell Frankel, Tony Fleming and Marvin Austin that the costs in the amount of $48.00 have been paid by Plaintiffs-Appellants Champion Pro Consulting Group, Inc. and Carl E. Carey, Jr. Ph.D., pursuant to the Bill of Costs submitted on January 4, 2017. Therefore, the judgment is hereby declared to be fully satisfied.

Dated: February 1, 2017                              **PETER R. GINSBERG LAW, LLC**

                                                            s/ Peter R. Ginsberg_____
                                                            Peter R. Ginsberg
                                                            80 Pine Street, 33rd Floor
                                                            New York, NY 10005
                                                            Telephone: 646.374.0030
                                                            Facsimile: 646.355.0202
                                                            pginsberg@prglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record as follows:

          Karen McKeithen Schaede, Esq.
          1175 Revolution Mill Drive, Studio 7A
          Greensboro, NC  27405

          Kevin J. Dolley, Esq.
          34 N. Brentwood Blvd., Suite 207
          St. Louis, MO  63105

     This the 1st day of February, 2017.

                                        s/ Peter R. Ginsberg
                                        Peter R. Ginsberg